**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **Timothy Eugene Cain** | ) | **CASE NO. 15-40404** |
| | ) | |
| | ) | **NOTICE OF MAILING ADDRESS** |
| **Debtor(s).** | ) | **CHANGE OF DEBTOR(S)** |

**TAKE NOTICE** that Debtor(s) have/has had a change in his/her/their mailing address. The correct mailing address is:

213 Linwood Road
Kings Mountain, NC 28086

This the 5th day of July, 2018.

By: __/s/ Geoffrey A. Planer_____
Geoffrey A. Planer
Attorney for Debtor
PO Box 1596
Gastonia, NC  28053-1596
704-864-0235
704-864-3396 Fax